1
2
3
4
5
6
7                               **UNITED STATES DISTRICT COURT**
8                                    EASTERN DISTRICT OF CALIFORNIA
9

10   TRADELL M. DIXON,                          CASE: 1:11-cv-01323-GBC (PC)
11              Plaintiff,
                                                ORDER DENYING MOTION FOR
12        v.                                    APPOINTMENT OF COUNSEL
13   KELLY HARRINGTON, et al.,
                                                Doc. 7
14              Defendants.
                                        /
15

16        On June 11, 2012, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff does
17   not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520,
18   1525 (9th Cir. 1997), and the Court cannot require an attorney to represent Plaintiff pursuant to 28
19   U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490
20   U.S. 296, 298 (1989). However, in certain exceptional circumstances the Court may request the
21   voluntary assistance of counsel pursuant to § 1915(e)(1). *Rand*, 113 F.3d at 1525.

22        Without a reasonable method of securing and compensating counsel, the Court will seek
23   volunteer counsel only in the most serious and exceptional cases. In determining whether
24   "exceptional circumstances exist, the District Court must evaluate both the likelihood of success of
25   the merits [and] the ability of the [Plaintiff] to articulate his claims *pro se* in light of the complexity
26   of the legal issues involved." *Id*.

27        In the present case, the Court does not find the required exceptional circumstances. Even if
28   it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations

which, if proved, would entitle him to relief, his case is not exceptional. This Court is faced with similar cases almost daily. Further, at this early stage in the proceedings, the Court cannot make a determination that Plaintiff is likely to succeed on the merits, and based on a review of the record in this case, the Court does not find that Plaintiff cannot adequately articulate his claims. *Id*.

For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   June 13, 2012

UNITED STATES MAGISTRATE JUDGE